STATE OF NORTH CAROLINA v. LEWIS FRANKLIN FLANDERS

No. 6926SC18

(Filed 30 April 1969)

**Criminal Law § 161— the appeal — exception to the judgment**
    An appeal is itself an exception to the judgment and to any matter appearing on the face of the record proper.

APPEAL by defendant from *Falls, J.,* at the 2 September 1968 Schedule "A" Criminal Session of MECKLENBURG Superior Court.

By indictment proper in form, defendant was charged with murder. When his case was called for trial, defendant, through his at-

torney, tendered a plea of guilty to the offense of voluntary manslaughter, which plea was accepted by the State. He was sentenced to State Prison for a period of seventeen years from which he appeals.

*Attorney General Robert Morgan and Staff Attorney Carlos W. Murray, Jr., for the State.*

*Bailey & Davis by Nelson M. Casstevens, Jr., for defendant appellant.*

BRITT, J.

Defendant's court-appointed counsel brings forward no assignment of error, frankly stating that he is unable to find error but asks the court to carefully review the record and grant such relief as may be proper.

An appeal is itself an exception to the judgment and to any matter appearing on the face of the record proper. *State v. Ruffin,* 3 N.C. App. 307, 164 S.E. 2d 503, citing 1 Strong, N.C. Index 2d, Appeal and Error, § 26, p. 152.

We have carefully reviewed the record before us and find that the defendant was charged upon a valid bill of indictment, entered a plea of guilty to a lesser offense encompassed in said bill of indictment, and was given a sentence which was within statutory limits. *State v. Hopper,* 271 N.C. 464, 156 S.E. 2d 857; *State v. Williams,* 3 N.C. App. 233, 164 S.E. 2d 404.

Having found no error upon the face of the record, the judgment of the superior court is

Affirmed.

MALLARD, C.J., and PARKER, J., concur.